

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| § | | No. 08-18-00023-CV |
| § | | |
| | | Appeal from the |
| IN THE INTEREST OF S.D.A., A CHILD § | | |
| | | 83rd District Court |
| § | | |
| | | of Terrell County, Texas |
| § | | |
| | | (TC#3148) |
| § | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2019.

YVONNE T. RODRIUGEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
McClure, C.J. (Not Participating)